IN THE MATTER OF JANE PARISH *v.* PRATT, BROWN & GARFIELD, ATTORNEYS, ETC.

On reading and filing the petition herein, and on motion of Isaac I. MacCabe, for the petitioner, no one appearing to oppose, ordered that Messrs. Pratt, Brown & Garfield, within ten days after service hereof, file with the clerk of Onondaga county, a consent to the substitution of Isaac I. MacCabe as attorney for the plaintiff in the suit against Maxwell Parish, or in default thereof that it be referred to Israel T. Spencer, Esq., of Syracuse, to take proof of the matters of fact alleged in the plaintiff's petition, and that he report the testimony to the court, with his opinion thereon, with all convenient speed.

JOHN H. ALLBRIGHT, ADMINISTRATOR, ETC., RESPONDENT, *v.* JAMES H. RIKER, TRUSTEE, ETC., APPELLANT.

Motion for leave to appeal to Court of Appeals denied.

MARTIN TIMAN, ADMINISTRATOR, ETC., RESPONDENT, *v.* THOMAS E. KINNEY, APPELLANT.

Motion for reargument denied, and motion for leave to go to the Court of Appeals granted on the ground that the case involves a question of law which ought to be reviewed by that court.

OLIVER D. GRAY, APPELLANT, *v.* THE AMAZON FIRE INSURANCE COMPANY, RESPONDENT.

*Three cases.*

Appeal dismissed in each case with ten dollars costs in one case only.

VAN BUREN WHEAT AND ANOTHER, RESPONDENT, *v.* HARVEY RICE AND OTHERS, APPELLANTS.

Motion to advance cause on calendar denied, and injunction vacated so far as it prevents the bringing of actions on the notes.